# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLES JANSKY, SOMONT OIL COMPANY, INC., and FERDIG OIL COMPANY, INC.,**<br>Defendants. | CV 17-140-GF-BMM-JTJ<br><br>ORDER OF DISMISSAL |

Upon consideration of the joint stipulation for dismissal filed by the plaintiff and defendants, IT IS HEREBY ORDERED that all claims of the plaintiff, United States of America, against the defendants, Charles Jansky, Somont Oil Company, Inc., and Ferdig Oil Company, Inc., are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 30th day of September, 2019.

_____
Brian Morris
United States District Court Judge